IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIA MAIORINI, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 14-1613 |
| | : | |
| FARMERS INSURANCE EXCHANGE, et al. | : : | |

## O R D E R

**AND NOW,** this 30th day of March, 2017, upon consideration of the defendants' motions for summary judgment and all responses and replies thereto, it is **ORDERED** that:

1. The defendants' motion for summary judgment as to all counts of the Complaint brought by plaintiff Antonia Maiorini [Doc. 56] is **GRANTED**.
2. Judgment is entered in favor of the defendants and against plaintiff Antonia Maiorini.
3. The defendants' motion for summary judgment as to all counts of the Complaint brought by plaintiff Deborah Ann Reichardt [Doc. 57] is **GRANTED**.
4. Judgment is entered in favor of defendants and against plaintiff Deborah Ann Reichardt.
5. The Clerk is **DIRECTED** to mark this case closed for statistical purposes.

BY THE COURT:

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**